AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Donohue, James P. | United States District Court, Western District of Washington | 05/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (Full-time) | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final | 01/01/2013 to 12/31/2013 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street
Seattle, WA 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Board of Directors | Special Olympics of Washington |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. monthly | Group Health Cooperative monthly pension through the entire year |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | US Bank | Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EATON VANCE NAT'L LTD MAT MUNI IN B | A | Dividend | | | Sold | 04/19/13 | J | A | |
| 2. AMERICAN FUNDS TAX EXEMPT BONDS C - TEBCX | A | Distribution | | | Sold | 04/19/13 | J | A | |
| 3. WELLS FARGO ADV MUNI BD C - WMFCX | A | Dividend | | | Sold | 04/19/13 | K | B | |
| 4. CAPITAL INCOME BUILDER B - CIBBX | A | Dividend | J | T | | | | | |
| 5. PRUDENTIAL INVT PORT INC ASSET ALLOC B - PBFBX | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 6. ING FIXED FUND ACCOUNT | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. FIRST EAGLE SOGEN GOLBAL FD, CL C FESGX | | None | K | T | Buy | 09/03/13 | K | | |
| 9. | | | | | | | | | |
| 10. FIRST EAGLE SOGEN FUNDS US VALUE FUND CLASS C FEVCX | | None | K | T | Buy | 09/03/13 | K | | |
| 11. | | | | | | | | | |
| 12. WELLS FARGO BANK DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. Pershing Government Money Market Account | B | Interest | J | T | Open | | | | |
| 15. | | | | | | | | | |
| 16. FIDELITY STRATEGIC INCOME FUND FSICX | A | Dividend | | | Sold | 04/16/13 | K | A | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO ALL ASSET ALL AUTHORITY FUND CLASS D PAUIX | A | Dividend | | | Buy (add'l) | 01/14/13 | J | | |
| 19. PIMCO ALL ASSET ALL AUTHORITY FUND CLASS D PAUIX | A | Dividend | | | Buy (add'l) | 02/26/13 | J | | |
| 20. PIMCO ALL ASSET ALL AUTHORITY FUND CLASS D PAUIX | B | Dividend | K | T | Buy (add'l) | 04/16/13 | K | | |
| 21. | | | | | | | | | |
| 22. PIMCO INCOME FUND CLASS D PONDX | B | Dividend | | | Sold | 04/17/13 | K | A | |
| 23. | | | | | | | | | |
| 24. VANGUARD REIT INDEX SIGNAL FUND VGRSX | A | Dividend | | | Sold (part) | 02/26/13 | J | A | |
| 25. VANGUARD REIT INDEX SIGNAL FUND VGRSX | A | Dividend | | | Buy (add'l) | 04/17/13 | J | | |
| 26. VANGUARD REIT INDEX SIGNALFUND VGRSX | A | Dividend | K | T | Sold (part) | 10/10/13 | J | A | |
| 27. | | | | | | | | | |
| 28. VANGUARD DEVELOPED FOREGN MARKETS INDEX FUND VDMIX | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 29. | | | | | | | | | |
| 30. VANGUARD EMERGING STOCK INDEX FUND VEIEX | A | Dividend | | | Sold (part) | 02/26/13 | J | A | |
| 31. VANGUARD EMERGING STOCK INDEX FUND VEIEX | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 32. | | | | | | | | | |
| 33. VANGUARD SMALL-CAP INDEX SIGNAL FUND VSISX | A | Dividend | | | Sold (part) | 02/26/13 | J | A | |
| 34. VANGUARD SMALL CAP INDEX FUND VSISX | A | Dividend | | | Sold | 04/16/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. VANGUARD INTERMEDIATE D INDEX fUND VBIIX | | None | | | Buy | 04/17/13 | K | | |
| 37. VANGUARD INTERMEDIATE D INDEX VBIIX | | None | | | Sold | 10/10/13 | K | A | |
| 38. | | | | | | | | | |
| 39. VANGUARD MID-CAP INDEX SIGNAL FUND VMISX | A | Dividend | | | Sold (part) | 02/26/13 | J | A | |
| 40. VANGUARD MID-CAP INDEX SIGNAL FUND VMISX | A | Dividend | | | Sold | 04/16/13 | J | B | |
| 41. | | | | | | | | | |
| 42. VANGUARD 500 INDEX SIGNAL FUND VIFSX | A | Dividend | | | Sold (part) | 02/26/13 | J | A | |
| 43. VANGUARD 500 INDEX SIGNAL FUND VIFSX | A | Dividend | | | Sold | 04/16/13 | K | C | |
| 44. | | | | | | | | | |
| 45. VANGUARD SHORT TERM INVEST GRADE FUND VFSUX | A | Dividend | | | Buy | 01/14/13 | J | | |
| 46. VANGUARD SHORT-TERM INVESTMENT GRADE FUND VFSUX | A | Dividend | K | T | Buy (add'l) | 04/16/13 | K | | |
| 47. | | | | | | | | | |
| 48. VANGUARD INDEX TRUST TOTAL STOCK MARKET PORT VTSMX | A | Dividend | | | Buy | 04/16/13 | K | | |
| 49. VANGUARD INDEX TRUST TOTAL STOCK PROT VTSMX | A | Dividend | L | T | Buy (add'l) | 10/10/13 | J | | |
| 50. | | | | | | | | | |
| 51. SIERRA CORE RETIREMENT FUND SIRIX | A | Dividend | K | T | Buy | 10/10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. CONSUMR DISC SECTOR ETF XLY | | | | | Buy (add'l) | 01/28/13 | J | | |
| 54. CONSUMR DISC SECTOR ETF XLY | A | Dividend | | | Sold | 06/14/13 | K | B | |
| 55. | | | | | | | | | |
| 56. CONSUMER STPLE SECTOR ETF XLP | | | | | Buy (add'l) | 01/28/13 | J | | |
| 57. CONSUMER STPLE SECTOR ETF XLP | A | Dividend | | | Sold | 06/14/13 | J | B | |
| 58. | | | | | | | | | |
| 59. FINANCIAL SECTOR SPD ETF XLF | | | | | Buy (add'l) | 01/28/13 | J | | |
| 60. FINANCIAL SECTOR SPD ETF XLF | A | Dividend | | | Sold | 06/14/13 | J | B | |
| 61. | | | | | | | | | |
| 62. HEALTH CARE SECTOR ETF XLV | A | Dividend | | | Sold (part) | 01/28/13 | J | A | |
| 63. HEALTH CARE SECTOR ETF XLV | A | Dividend | | | Sold | 06/14/13 | J | B | |
| 64. | | | | | | | | | |
| 65. iSHARES DOW JONES US INDL IYJ | A | Dividend | | | Sold (part) | 01/29/13 | J | A | |
| 66. iSHARES DOW JONES US INDL | A | Dividend | | | Sold | 06/14/13 | K | C | |
| 67. | | | | | | | | | |
| 68. iSHARES DOW JONES US UTIL IDU | A | Dividend | | | Sold (part) | 01/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  iSHARES DOW JONES US UTIL IDU | A | Dividend | | | Sold | 06/14/13 | K | B | |
| 70. | | | | | | | | | |
| 71.  iSHARES DOW JONES US ENERGY IYE | A | Dividend | | | Sold (part) | 01/28/13 | J | A | |
| 72.  iSHARES DOW JONES US ENERGY IYE | A | Dividend | | | Sold | 06/14/13 | K | B | |
| 73. | | | | | | | | | |
| 74.  MATERIALS SECTOR SP ETF XLB | A | Dividend | | | Sold (part) | 01/28/13 | J | A | |
| 75.  MATERIALS SECTOR SP ETF XLB | A | Dividend | | | Sold | 06/14/13 | J | A | |
| 76. | | | | | | | | | |
| 77.  ISHARES BARCLAYS 3-7 YEAR TREASURY BOND FUND | A | Dividend | | | Sold | 06/03/13 | K | A | |
| 78. | | | | | | | | | |
| 79.  ISHARES CORE S&P MIDCAP ETF | A | Dividend | | | Sold | 06/14/13 | J | A | |
| 80. | | | | | | | | | |
| 81.  ISHARES TR S&P MIDCAP 400 INDEX FD | | None | | | Sold | 06/14/13 | K | B | |
| 82. | | | | | | | | | |
| 83.  ISHARES TR RUSSELL 2000 INDEX FUND | | None | | | Buy | 1/02/13 | K | | |
| 84.  ISHARES TR RUSSELL 2000 INDEX FUND | | None | | | Sold | 06/14/13 | K | C | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MVV PROSHARES ULTRA ETF MIDCAP 400 NON-TRADITIONAL ETF | A | Dividend | | | Sold | 03/01/13 | K | C | |
| 87. | | | | | | | | | |
| 88. PROSHARES TRUST ETF ULTRA 7-10 YR TREASURY NON-TRAD ETF | A | Dividend | | | Sold | 06/03/13 | K | A | |
| 89. | | | | | | | | | |
| 90. PRSHRS ULTRA S&P 500 ETF SSO | A | Dividend | | | Buy | 03/01/13 | K | | |
| 91. PRSHRS ULTRA S&P 500 ETF SSO | A | Dividend | | | Buy (add'l) | 06/03/13 | K | | |
| 92. PRSHARES ULTRA S&P 500 ETF | A | Dividend | | | Sold | 06/14/13 | K | C | |
| 93. | | | | | | | | | |
| 94. ULTRA RUSSELL 2000 ETF UWM | A | Dividend | | | Buy | 01/02/13 | K | | |
| 95. ULTRA RUSSELL 2000 ETF UMS | A | Dividend | | | Sold | 06/14/13 | K | C | |
| 96. | | | | | | | | | |
| 97. PIMCO ALL ASSET ALL AUTHORITY FUND CLASS C, PAUCX | A | Dividend | K | T | Buy | 07/02/13 | K | | |
| 98. | | | | | | | | | |
| 99. VIRTUS OPPORTUNITIES TR PREMIUM CL C, VAPCX ALPHASECOTR FUNDS CL C | | None | K | T | Buy | 07/02/13 | K | | |
| 100. | | | | | | | | | |
| 101. NUVEEN INVT TR II NSBCX | A | Dividend | K | T | Buy | 08/01/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | | | | | |
| 103. GOLDMAN SACHS TR INCOME BUILDER FUND, CLASS C GSBCX | A | Dividend | K | T | Buy | 08/02/13 | K | | |
| 104. | | | | | | | | | |
| 105. INVESTMENT MANAGERS TR CENTER FUND, CLASS C | A | Dividend | K | T | Buy | 11/01/13 | K | | |
| 106. | | | | | | | | | |
| 107. MAINSTAY FUNDS TR EPOCH GLOBAL EQUITY, CLASS C,EPSKX | A | Dividend | K | T | Buy | 11/01/13 | K | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 14 the Pershing Goverment Money Market account, it too is a sweep account. When dividends are received they are placed in this short term account pending reinvestmenet. This happens throughout the year.

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 05/06/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Donohue**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544